# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREVOR BOWLES,<br><br>               Petitioner,<br><br>   v.<br><br>BRUNO STOLC, Warden,<br><br>               Respondent. | Case No. CV 08-5021-DMG (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted as to Ground Five and denied as to Ground Six.  IT IS FURTHER ORDERED that Ground Five of the First Amended Petition for Writ of Habeas Corpus be dismissed with prejudice.  Respondent shall file an Answer to the First Amended Petition within thirty (30) days of the date of this Order. Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date the Answer is filed and served.  Unless otherwise ordered by the Court, this

case shall be deemed submitted on the day following the date Petitioner's Reply to the Answer is due.

DATED:  June 18, 2010

                                                DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE