1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL TREVOR BOWLES,                    )     Case No. CV 08-5021-DMG (JEM)
                                         )
                        Petitioner,      )
                                         )     ORDER ADOPTING FINDINGS AND
            v.                           )     RECOMMENDATIONS OF UNITED
                                         )     STATES MAGISTRATE JUDGE
BRUNO STOLC, Warden,                     )
                                         )
                        Respondent.      )
_____ )

17
18
19
20
21
22
23
24
25
26
27
28

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has

filed Objections and Supplemental Objections to the Report and Recommendation, and the

Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation

to which Petitioner has objected.  The Court accepts the findings and recommendations of the

Magistrate Judge.

        IT IS HEREBY ORDERED that Judgment be entered denying the First Amended

Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:  October 26, 2011

                                            _____
                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE