# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREVOR BOWLES,<br><br>    Petitioner,<br><br>  v.<br><br>BRUNO STOLC, Warden,<br><br>    Respondent. | Case No. CV 08-5021-DMG (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: Octoer 26, 2011

                 *Dolly M. Gee*
                 DOLLY M. GEE
              UNITED STATES DISTRICT JUDGE